**FILED**

JAN 24 2014

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA TERESA OSSA, | CASE NO. 13-CV-1776 BEN (BLM) |
| Plaintiff, | **ORDER REMANDING ACTION TO STATE COURT** |
| vs. | |
| WELLS FARGO MORTGAGE; et al., | |
| Defendants. | |

On January 14, 2014, this Court ordered Defendant Wells Fargo Bank, N.A., to show cause why this action should not be remanded to state court for lack of subject matter jurisdiction. (Docket No. 12.) On January 22, 2014, Wells Fargo Bank, N.A., filed a Notice of Non-Opposition to Remand. (Docket No. 13.) Accordingly, this action is **REMANDED** to the Superior Court of California, County of San Diego.

**IT IS SO ORDERED.**

DATED: January 23, 2014

HON. ROGER T. BENITEZ
United States District Judge